UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Josephine Amatucci</u>

    v.                                          Case No. 25-cv-224-JL-AJ

<u>Carroll County District
Attorney's Office, et al.</u>

## ORDER

After due consideration of the response filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated June 30, 2025.

                                                          _____
                                                          Joseph N. Laplante
                                                          United States District Judge

Date: July 17, 2025

cc:   Josephine Amatucci, pro se